In the Matter of the Petition of FREDERICK J. HEIDENREICH and HERBERT HARZ to Render and Settle Their Account as Executors of IDA K. KRAFT, Deceased. FREDERICK J. HEIDENREICH and HERBERT HARZ, as Executors of IDA K. KRAFT, Deceased, Appellants; MARIE LINDLAU and JOHN JOSEPH LINDLAU, Respondents.— In an accounting proceeding, decree of the Kings County Surrogate's Court confirming the report of a referee and directing the payment of certain claims, in so far as appealed from, unanimously affirmed, with costs to both parties, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Petition of BROOKLYN TRUST COMPANY to Render and Settle an Intermediate Account of Its Acts and Proceedings as Trustee of a Trust Created for the Benefit of SUSAN V. LUCKENBACH in and by the Last Will and Testament of THOMAS L. VICKERS, Deceased. CHESTER E. SMEDLEY and Others, Appellants; BROOKLYN TRUST COMPANY, as Committee of the Property of SUSAN V. LUCKENBACH, an Incompetent Person, and as Trustee of a Trust Created for the Benefit of SUSAN V. LUCKENBACH in and by the Last Will and Testament of THOMAS L. VICKERS, Deceased, and CYRUS S. JULLIEN, as Special Guardian for SUSAN V. LUCKENBACH, an Incompetent Person, Respondents.— Decree of the Surrogate's Court of Kings County adjudging that the life beneficiary of a trust created under the will of the testator is entitled to the entire income of the stock of a corporation, constituting a part of the principal of the trust estate, and that no amortization of any part of said income is required, overruling and dismissing the objections to the account, and settling the account of the trustee as amended, in so far as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.